UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 08cr3349-JM JM |
|                                     ) | |
|             Plaintiff,              ) | |
| v.                                  ) | ORDER DENYING MOTION TO |
|                                     ) | CONTINUE HEARING [Docket No. 9] |
| JOSE TEXTA-CIPRIANO,                ) | |
|                                     ) | |
|             Defendants.             ) | |

The parties' Joint Motion for Continuance of Change of Plea hearing is DENIED. Counsel shall appear as scheduled in Courtroom 16 on *October 31, 2008 at 2:30 p.m.*

IT IS SO ORDERED.

DATED: October 30, 2008

Hon. Jeffrey T. Miller
United States District Judge